739 A.2d 1052

**Raymond J. SMOLSKY, Appellant,**

**v.**

**Martin F. HORN, Secretary of Corrections of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Oct. 5, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 5th day of October, 1999, the order of the Commonwealth Court is hereby **AFFIRMED**.